IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ROHIT KUMAR, | |
|---|---|
| Plaintiff, | 8:18-CV-578 |
| vs. | |
| MATTHEW G. WHITTAKER, et al., | ORDER |
| Defendants. | |

This matter is before the Court on the plaintiff's "Response to Motion to Dismiss" (filing 14), which the Court understands to be asking for a period of three weeks to file an amended complaint in response to the defendants' Fed. R. Civ. P. 12(b) motion to dismiss (filing 12).

Pursuant to Fed. R. Civ. P. 15(a)(1)(B), a plaintiff may amend his pleading once as a matter of right within 21 days after service of a Rule 12(b) motion. Or, the plaintiff may file a brief opposing the motion to dismiss within 21 days of service. The Court understands the plaintiff's request, filed April 11, 2019, to be asking for a 2 day extension. The Court will grant that request.

IT IS ORDERED that the plaintiff may file an amended complaint pursuant to Rule 15(a)(1)(B), or may file a brief opposing the defendants' motion to dismiss (filing 12), on or before May 2, 2019.

Dated this 11th day of April, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge